UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADAM LACROIX, an individual

    Plaintiff,

v.                                                       Case No: 2:18-cv-143-FtM-38CM

LEE COUNTY, FLORIDA and
JAMES DREYMALA,

    Defendants.
_____/

## **ORDER**[1]

Before the Court is Plaintiff Adam Lacroix's Unopposed Motion to Stay Proceedings Pending Appeal of This Court's Order on Plaintiff's Motion for Preliminary Injunction (Doc. 52).

The Court denied Lacroix's Motion for Preliminary Injunction on July 23, 2018 (Doc. 43), and Lacroix timely filed a Notice of Appeal (Doc. 48). Lacroix now seeks to stay proceedings until the 11th Circuit Court of Appeals rules on his appeal. Lacroix's attorney certifies that counsel for the Defendants have been consulted and that they do not object to a stay.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

Plaintiff Adam Lacroix's Unopposed Motion to Stay Proceedings Pending Appeal of This Court's Order on Plaintiff's Motion for Preliminary Injunction (Doc. 52) is **GRANTED**.

1. All proceedings in this case are **STAYED** until the parties advise the Court that the interlocutory appeal has concluded and the stay should be lifted. The parties must notify the Court of such matters within **five (5) days** of the appeal concluding.
2. The Clerk is **DIRECTED** to add a stay flag to the case file.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of August 2018.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record